**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG DIVISION**

**KINSALE INSURANCE COMPANY,**

      Plaintiff,

v.                                                    **CIVIL ACTION NO: 3:20-cv-8**
                                                      **(BAILEY)**
**JDBC HOLDINGS INC.**
d/b/a THE CBD FACTORIES,

      Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Kinsale Insurance Company, Plaintiff herein, in accordance with the Order Granting Kinsale Insurance Company's Motion to Certify Summary Judgment Order for Appeal and to Stay Proceedings ("Certification Order") (DE 130), hereby appeals to the United States Court of Appeals for the Fourth Circuit the partial final judgment ("Sealed Memorandum Opinion and Order") (DE 99) entered on March 31, 2021 and certified for appeal pursuant to Rule 54(b), Fed. R. Civ. P. on April 29, 2021. Copies of the Sealed Memorandum Opinion and Order and the Certification Order are attached.

Respectfully submitted,

*/s/ Vincent J. Palmiotto*
**Vincent J. Palmiotto (WVSB #7901)**
vincent.palmiotto@clydeco.us
CLYDE & CO US LLP
1775 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20006
T: 202-747-5100
*Attorneys for Kinsale Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on the 17th day of May 2021, I e-filed this document using the CM/ECF

System, which will send notification of such filing to counsel of record listed below:

J. Tyler Mayhew, Esquire
BOWLES RICE LLP
101 South Queen Street
Martinsburg, West Virginia 25401

Stuart A. McMillan, Esquire
Patrick C. Timony, Esquire
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25325

*/s/ Vincent J. Palmiotto*
**Vincent J. Palmiotto**

/10/1450#44248188 v1