FILED: April 20, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1754
(3:20-cv-00008-JPB)

KINSALE INSURANCE COMPANY

    Plaintiff - Appellant

v.

JDBC HOLDINGS, INC., d/b/a THE CBD FACTORIES

    Defendant - Appellee

J U D G M E N T

In accordance with the decision of this court, this appeal is dismissed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK