FILED: May 12, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1754
(3:20-cv-00008-JPB)

KINSALE INSURANCE COMPANY

    Plaintiff - Appellant

v.

JDBC HOLDINGS, INC., d/b/a THE CBD FACTORIES

    Defendant - Appellee

M A N D A T E

The judgment of this court, entered April 20, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*