IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg

**KINSALE INSURANCE COMPANY,**

      Plaintiff,

v.                                    **CIVIL ACTION NO. 3:20-CV-8**
                                          Judge Bailey

**JDBC HOLDINGS, INC.** d/b/a
The CBD Factories,

      Defendant.

## VERDICT FORM

We the jury, on the issues joined, unanimously find as follows:

1.    What amount of money do you find that Kinsale must pay to JDBC as proceeds under the insurance policy?

$ 6,450,000.00

*Proceed to Question 2.*

2.    Do you find that JDBC is entitled to an award of prejudgment interest on the amount you awarded in Question 1?

**Yes** ✓                **No** _____

*Proceed to Question 3.*

3.    Do you find that JDBC suffered economic loss or annoyance, aggravation, and inconvenience as a result of Kinsale's handling of the claim?

**YES** _____              **No** ✓

*If answered yes, indicate your awards, if any, respectively:*

**Economic loss $** _____

**Annoyance/Aggravation/Inconvenience $** _____

*Proceed to Question 4.*

4. Do you find that Kinsale, by clear and convincing evidence, acted with actual malice toward JDBC?

   **YES** _____      **No** ✓

*If answered yes, proceed to Question 5. If answered no, skip Question 5, and have the jury foreperson sign and date this Verdict Form and notify the attending Court Security Officer of your verdict.*

5. What amount of money do you find that Kinsale is obligated to pay to JDBC as punitive damages?

   $ _____

DATED: 10/28/2022

_____
**JURY FOREPERSON**